EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br> Lynnette Acosta Cardona | 2018 TSPR 156 <br><br> 201 DPR ____ |

Número del Caso: TS-19,375

Fecha:  23 de agosto de 2018

Abogado de la peticionaria:

   Por derecho propio

Materia:  Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex parte*:

Lynnette Acosta Cardona

TS-19,375

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 23 de agosto 2018.

Examinada la *Moción solicitando cambio de estatus de abogada inactiva a estatus activa en el Registro Único de Abogados y Abogadas*, presentada por la Sra. Lynnette Acosta Cardona, declaramos **ha lugar** su petición. En consecuencia, ordenamos el cambio de estatus a abogado activo.

Notifíquese de inmediato.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo